IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Keyes, Kevin A

Printed: 10/22/08

Case Number: 08 B 00165
Judge: Wedoff, Eugene R
Filed: 1/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,850.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,604.75 |
| Trustee Fee: |  | 185.25 |
| Other Funds: |  | 0.00 |
| Totals: | 2,850.00 | 2,850.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 3,564.50 | 2,604.75 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,168.38 | 60.00 |
| 4. | American Home Mortgage Servicing | Secured | 37,657.95 | 0.00 |
| 5. | Internal Revenue Service | Priority | 5,915.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 492.40 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 7,438.67 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 477.01 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 714.90 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 9,121.34 | 0.00 |
| 11. | I C Systems Inc | Unsecured | 171.11 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,639.41 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 1,335.47 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 1,648.54 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 985.48 | 0.00 |
| 16. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 17. | First Premier | Unsecured |  | No Claim Filed |
| 18. | Cbe Group | Unsecured |  | No Claim Filed |
| 19. | MRSI | Unsecured |  | No Claim Filed |
| 20. | Sams Club | Unsecured |  | No Claim Filed |
| 21. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 22. | Harris & Harris | Unsecured |  | No Claim Filed |
| 23. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 24. | New Millennium Bank | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |
| 26. | Sams Club | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Keyes, Kevin A | Case Number: 08 B 00165 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 1/4/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 72,330.16 | $ 2,664.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 185.25 |
| | $ 185.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

